Case 4:22-cv-00023-DC   Document 1   Filed 07/13/22   Page 1 of 5

FILED
July 13, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Jennifer Licon
DEPUTY

United States District Court
Western District of Texas
(Pg. 1 of 4)

Franklin C. Smith,          (Alpine Division)
    Plaintiff,
                            Case No. 4:22-CV-23
  vs.
Chief; Hernandez,           (July; 4th 2022)
Officer; Erix Rodriguez,
    Defendants.

(Emergency Writ/Suit)

Plaintiff's Address:
Franklin C. Smith #8263
P.O. Drawer-V.
Marfa, TX. 79843.

Defendants Address:          Location; Presidio Police Dept.
Chief; Hernandez,            In Presidio, TX.
Officer; Erix Rodriguez,
605 O'Reilly St.
Presidio, TX. 79845.

(Individuals Are Being Sued In Their Official And Personal Capacity.)

(Brief Statement of Facts), Plaintiff was deprived of his Fourth, Fifth, and Fourteenth Amendments Due Process of the Law Invoking his guaranteed protected right to our United States Constitution; which also guarantees officers must obey those laws. Inter Alia,

However, on (June; 30th 2022) those essential rights were indeed, recklessly and callously disregarded by Chief; Hernandez and Officer; Erix Rodriguez in collusion with others coexisting with the Presidio Police Dept.

Whereas, Chief; Hernandez profiled the Plaintiff as a member of the Caucasian race and detained him without probable cause misusing & abusing his power under color of state law, made possible, only because, the wrongdoer, Chief Hernandez, was clothed with the authority of the state...

...by forcing Plaintiff to provide his I.D. against his free will and self-control surrounded by officers as they arrested him without just cause.

So thereafter, at the police station officer; Rodriguez and Chief Hernandez hastily manufactured a bogus warrant of which was a predetermined fabricated legal document drafted in color.

Such as, no proprietor, address, or amount deprived of to validate a legal warrant and unlawfully seizing Plaintiff's property without submitting an inventory sheet, which never followed Plaintiff to the county jail, in violation of our Fourth, Fifth, and Fourteenth Amendments.

(Statement of Claim)

Plaintiff is only required to write a concise statement to where relief can be granted.

Whereby, the stop, detainment, and arrest was unlawful because Chief; Hernandez did not have probable cause rather profiled Plaintiff due to being a white (older) male consistent with "Rambo one".

(Second), the warrant was drafted by officer; Rodriguez as to be fabricated after Plaintiff was arrested in color with a criminal intent to create a document to look real on its face. (See title-18 U.S.C. 1512).

But in reality, its legally insufficient, counterfeit, false, with an illegal improper motive to deprive Plaintiff due process of law under his guaranteed protection to our United States Constitution pursuant to our Fourteenth Amendment., and so on.

(pg: 3 of 4)

In retrospect, this was the same technique the ex-military supervisors and Spc. Aaron Robinson utilized while Soldier; Vanessa Guillen was pursuing Due Process of Law to secure her safety and of course those who deprived and impeded her of our most essential right murdered her in reprisal is horrifyingly disregarded that this practice is still being abused by defendants...

Which strongly infers that this is the same exclusive group of officials who are causally connected with the ex-military supervisors and Spc. Aaron Robinson of which impose cruel punishment or even death if an individual attempts to exercise our constitution...

...As to raise high visibility, above speculation defendants; Chief; Hernandez and officer; Rodriguez are complicit of Vanessa Guillen's murder due to the same pattern of abuse.

In this instant case herein, Plaintiff entered an abandoned "Tent" to secure his safety and health from heat exposure and heat exhaustion of 101 degree weather inadvertently discovering that the door was wide open with no trespassing signs posted nor received a verbal warning pursuant to the Texas Penal Code for Trespassing.

And thoroughly wiped the place with bleach to alleviate contracting COVID, so there was no criminal intent whatsoever.

Rather, Plaintiff was conscious of the pandemic, concerned of his own well being as well as others to stay healthy and alive.

At any rate, defendants seized the opportunity to cynically take advantage of the legal system deficiencies targeting Plaintiff constituting a due process entrapment violation of altering and fabricating a bogus warrant after the fact he was wrongfully detained and arrested to justify for their unjustifiable actions.

The bogus charges were trespassing and theft of services but, however, Plaintiff was a paying customer at The Three Palms Inn and bleached and washed the blanket and sheets due to COVID.

(pg. 4 of 4)

Please note, The Three Palms Inn does not have a washer or dryer for their customers, so the linen has to be taken out to be washed.

Finally, Defendants indeed violated Plaintiff's constitutional rights and amendments willfully and voluntarily to deprive him of those guaranteed rights.

Therefore, Plaintiff has stated a valid and legitimate claim and because he is being warehoused without due process of law the clerk can construe this legal document as an "Emergency Writ" applying less stringent standards bypassing the Informa Pauperis Application. Inter Alia.

(Relief Sought)

Because the defendants actions were deliberate with a reckless disregard to our constitutional establishment and to the Plaintiff's guaranteed protected rights consistent with the pattern which killed Soldier, Vanessa Guillen without any concern for their consequences...

... or our United States Armed Forces or what occurred to Soldier, Vanessa Guillen. Inter Alia.

And unlawfully seizing Federal legal documents while Plaintiff has valid and legitimate pending constitutional claims violating Federal Criminal Code: (18 U.S.C. 1512) & (18 U.S.C. 1513). utilizing force is punishable by imprisonment of no less than 30 years.

Plaintiff is seeking $250,000,000 million in damages for purposely interfering with the presentations of Federal claims causing injury to those cases pursuant to: Lewis v. Casey, (1996).

And $250,000,000 million in punitive damages caused by defendants corruptive demeanor to deter them and others of committing the same and other crimes, however, if Plaintiff is discharged from custody and receives his property it will mitigate the charges.

(Respectfully- Franklin C. Smith)



Franklin C. Smith #8263
P.O. Drawer-V.
Marfa, TX. 79843.

Clerk,
United States District Court
Western District of Texas
ATTN:
2450 TX-118
Alpine, TX. 79830.

PRESIDIO COUNTY JAIL
INMATE MAIL
SCREENED BY CSO
JUL 13 2022

RECEIVED
July 13, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: __Jennifer Licon__
DEPUTY

EL PASO TX 798
RIO GRANDE DISTRICT
11 JUL 2022 PM 2 L

* This Documentation is very essential *